IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DEBORA K. RANKIN, <br><br> *Plaintiff,* <br><br> v. <br><br> AAAA SELF STORAGE, <br><br> *Defendant.* | CASE NO. 6:14-cv-00054 <br><br> **MEMORANDUM OPINION** <br><br> JUDGE NORMAN K. MOON |

This matter is before me on consideration of *pro se* Plaintiff Debora Rankin's complaint and application to proceed *in forma pauperis*. In her complaint, Plaintiff seeks an order preventing Defendant AAAA Self Storage from auctioning her storage unit. Plaintiff claims "federal question" as the basis for jurisdiction here, but she has failed to identify a federal statute that supports her claim. Moreover, there is no indication that the requirements of diversity jurisdiction can be met, as both Plaintiff and Defendant are Virginia residents. Accordingly, the Court will grant Plaintiff's application to proceed *in forma pauperis* and will dismiss the action for lack of subject-matter jurisdiction. *See* Fed. R. Civ. P. 12(h) (requiring courts to dismiss an action "at any time" in the event it determines that subject-matter jurisdiction is wanting); *Neitkze v. Williams*, 490 U.S. 319, 327 n.6 (1989) (noting that "[a] patently insubstantial complaint may be dismissed, for example, for want of subject-matter jurisdiction").

An appropriate order follows.

Entered this \_\_18th\_\_ day of December, 2014

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

.